LEE, COMMISSIONER OF CORRECTIONS OF
ALABAMA, ET AL. v. WASHINGTON ET AL.

No. 75.  Argued November 7, 1967.—Decided March 11, 1968.

*Nicholas S. Hare,* Special Assistant Attorney General
of Alabama, argued the cause for appellants.  With him
on the briefs were *MacDonald Gallion,* Attorney General,
*Gordon Madison,* Assistant Attorney General, and *J. M.
Breckenridge.*

*Charles Morgan, Jr.,* argued the cause for appellees.
With him on the brief were *Orzell Billingsley, Jr.,* and
*Melvin L. Wulf.*

PER CURIAM.

This appeal challenges a decree of a three-judge
District Court declaring that certain Alabama statutes
violate the Fourteenth Amendment to the extent that
they require segregation of the races in prisons and jails,
and establishing a schedule for desegregation of these
institutions.  The State's contentions that Rule 23 of
the Federal Rules of Civil Procedure, which relates to
class actions, was violated in this case and that the chal-
lenged statutes are not unconstitutional are without
merit.  The remaining contention of the State is that
the specific orders directing desegregation of prisons and

jails make no allowance for the necessities of prison security and discipline, but we do not so read the "Order, Judgment and Decree" of the District Court, which when read as a whole we find unexceptionable.

The judgment is affirmed.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART, concurring.

In joining the opinion of the Court, we wish to make explicit something that is left to be gathered only by implication from the Court's opinion. This is that prison authorities have the right, acting in good faith and in particularized circumstances, to take into account racial tensions in maintaining security, discipline, and good order in prisons and jails. We are unwilling to assume that state or local prison authorities might mistakenly regard such an explicit pronouncement as evincing any dilution of this Court's firm commitment to the Fourteenth Amendment's prohibition of racial discrimination.